| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Paul Hansmeier,

        Plaintiff,

v.

David MacLaughlin; Benjamin Langer; Anders Folk; and Di Ma Corporation,

        Defendants.

Court File No.

**NOTICE OF FILING OF A NOTICE OF REMOVAL OF A CIVIL ACTION TO FEDERAL COURT**

PLEASE TAKE NOTICE that on March 22, 2021, the United States of America on behalf of Federal Defendants David MacLaughlin, Benjamin Langner, and W. Anders Folk, filed with the Court Administrator of the United States District Court for the District of Minnesota, a Notice of Removal of the above-captioned action to the United States District Court. A copy of the Notice of Removal is attached hereto.

With this filing, this action now stands removed from the District Court, Fourth Judicial District for Hennepin County, Minnesota, to the United States District Court for the District of Minnesota. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of

Removal is hereby filed with the Clerk of the District Court/Court Administrator, Fourth Judicial District of Hennepin County, Minnesota.

Dated: March 22, 2021

Respectfully submitted,

W. ANDERS FOLK
Acting United States Attorney

*s/ Kristen E. Rau*

BY: KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 759-3180

*Attorneys for the Federal Defendants*