# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hansmeier, | Case No. 20-cv-2155 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASES** |
| David MacLaughlin, et al, | |
| Defendants. | |

| | |
|---|---|
| Paul Hansmeier, | Case No. 20-cv-2156 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASES** |
| David MacLaughlin, et al, | |
| Defendants. | |

| | |
|---|---|
| Paul Hansmeier, | Case No. 21-cv-748 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER CONSOLIDATING CASES** |
| David MacLaughlin, et al, | |
| Defendants. | |

This matter is before the Court on Defendants' Motion to Consolidate Cases. (21-cv-748, ECF No. 3).

The Court concludes that these actions involve a common question of law or fact. Fed. R. Civ. P. 42(a). Consolidation of these actions would avoid unnecessary cost or delay. Fed. R. Civ. P. 42(a)(3). Consolidation of these actions would not lead to inefficiency, inconvenience, or unfair prejudice to a party. Fed. R. Civ. P. 42(b).

Therefore, **IT IS HEREBY ORDERED** that Defendants' Motion to Consolidate Cases. (21-cv-748, ECF No. 3), is **GRANTED** as follows:

1. The cases of: (1) *Hansmeier v. MacLaughlin, et al,* Case No. 20-cv-2155 (JRT/LIB); and (2) *Hansmeier v. MacLaughlin, et al*, Case No. 20-cv-2156 (SRN/LIB); and (3) Case No. 21-cv-748 (JRT/LIB) are consolidated for pre-trial proceedings and trial before Chief Judge John R. Tunheim and Magistrate Judge Leo I. Brisbois.

2. To give full effect to this consolidation of related proceedings, the Court further orders that:

    a. The first-filed case, *Hansmeier v. MacLaughlin, et al,* Case No. 20-cv-2155 (JRT/LIB), shall serve as the lead case of these consolidated matters;

    b. All future filings for these related proceedings shall be filed in the lead case and shall bear the caption: *In re: Hansmeier v. MacLaughlin, et al, Litigation*;

c. All future filings in the lead case shall be considered filed in the relevant related case; filings should not be separately docketed in the related cases and all previous filings in the related cases need not be re-filed in the lead case;

d. The Clerk of Court is directed to add all parties and attorneys of record from the related cases to the lead case. All *pro hac vice* admissions in the related cases are valid for the lead case; and

e. The Clerk of Court is directed to administratively close case number 21-cv-748 (JRT/LIB).

Date: April 19, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court

3