COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS.: 20553-041 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
20 AUG 2021 PM 4 L

U.S. District Court
Clerk of Court - Chst
300 S. 4th St.
Minneapolis, MN 55415

RECEIVED BY MAIL
AUG 23 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

55415-229799

SCANNED
AUG 23 2021
U.S. DISTRICT COURT MPLS